IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TROLLCO, INC. and MARTIN LIND,

    Plaintiffs,

v.

CAMP CLARKE RANCH, LLC,

    Defendant.

8:23CV565

ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT

    This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    IT IS SO ORDERED.

    Dated this 16th day of April 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge