IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROLLCO, INC., a Colorado corporation; and MARTIN LIND,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CAMP CLARKE RANCH, LLC, a Nebraska limited liability company;<br><br>            Defendant. | 8:23CV565<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 35). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and fees.

Dated this 3rd day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge